UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-24235-PCH

RICARDO MIGUEL NARANJO CAPPELLI
and all others similarly situated under 29
U.S.C. 216(b)

   Plaintiff,
vs.

LARIVIERE PARKING SYSTEMS, LLC,
ALFRED LARIVIERE,

   Defendants,
_____/

**DEFENDANTS' AMENDED ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT [D.E. 1]**

Defendants, Lariviere Parking Systems, LLC, and Alfred Lariviere (collectively "Defendants"), by and through their undersigned counsel answer the Complaint filed against them as follows:

1. Admitted.

2. Defendants are without knowledge sufficient to form a belief as to the truthfulness of the allegations and therefore deny same.

3. Defendants admit that Lariviere Parking Systems, LLC, is a corporation that regularly transacts business within Dade County. Defendants deny the remainder of the allegations.

4. Denied.

5. Admitted.

6. Denied.

7. Admitted for purposes of jurisdiction only; otherwise, denied.

8. Admitted.

9. Admitted.

10. Denied.

11. Admitted.

12. Admitted.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

**GENERAL DENIAL**

19. Defendants deny each and every allegation in the Complaint that has not been specifically responded to.

**AFFIRMATIVE DEFENSES**

1. At all times relevant hereto, Defendants paid Plaintiff the requisite minimum wage for tipped employees, after deducting the tip credit applicable to determine same.

2. Some or all of Plaintiff's claims are barred by the two-year statute of limitations that is applicable to this action. Defendants did not act recklessly or willfully in determining its obligations under the Fair Labor Standards Act and, as a result, any claims falling outside the two-year limitations period are barred.

3. Any claim by Plaintiff for wages accruing prior to November 12, 2012 is barred by three-year statute of limitations that would be applicable to this action to the extent such

claims are not subject to a two-year statute of limitations as articulated in Defendants' Second Affirmative Defense.

4. At all times relevant hereto, Defendants acted in good faith upon the belief that they were complying with the applicable laws, so that their actions were not willful. Therefore, liquidated damages should not be awarded or should be reduced.

WHEREFORE, Defendants having answered the Complaint, request that the Complaint filed against them be dismissed with prejudice.

I HEREBY CERTIFY that on March 31, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/Kenneth L. Minerley
Kenneth L. Minerley
Fla. Bar No. 521840
Primary Email:
Ken@minerleyfein.com
Stephanie Griffin
Fla. Bar No. 85019
Stephanie@minerleyfein.com
**MINERLEY FEIN, P.A.**
*Attorneys for Defendants*
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
Phone:   561/362-6699
Fax:       561/447-9884
Litigation@minerleyfein.com
Fileclerk@minerleyfein.com